JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 382 -- IN RE NORTHWEST ENERGY CO. ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 3/12/79 | 1 | MOTION, BRIEF, SCHEDULE OF CASES AND CERT. OF SVC. -- Plaintiff William Overton    (emh)<br>SUGGESTED TRANSFEREE DISTRICT: W.D. Missouri<br>SUGGESTED TRANSFEREE JUDGE: |
| 3/22/79 | | APPEARANCES -- James R. Wyrsch, Esq. for William L. Overton, et al. and John Allinder, et al.; Donald B. Holbrook, Esq. for Northwest Energy Corp.   (ea) |
| 3/22/79 | | REQUEST FOR EXTENSION OF TIME -- Northwest Energy Corp., -- GRANTED to and including March 30, 1979. (ea) |
| 3/26/79 | | APPEARANCE -- Landon H. Rowland, Esq. for Apco Oil Corp. (ea) |
| 3/30/79 | 2 | PETITION FOR CONTINUANCE/BRIEF/CERT. OF SVC. -- Northwest Energy Co. (ea) |
| 3/30/79 | 3 | LETTER dated 3/23/79 -- James R. Wyrsch, Esq. attorney for plaintiffs. (ea) |
| 3/30/79 | | HEARING ORDER -- Setting A-1 through A-3 for hearing in the E.D. Missouri on April 27, 1979  (cds) |
| 4/4/79 | | ORDER -- Denying Northwest's Petition for Continuance of hearing -- Also GRANTING Extention of time for filing response to motion for transfer until 4:00 p.m. on April 10, 1979 -- Notified involved counsel (cds) |
| 4/10/79 | 4 | RESPONSE -- Defendant Northwest -- w/cert. of service (cds) |
| 4/23/79 | | NOTICE OF HEARING APPEARANCES for hearing held 4/27/79 in St. Louis, MO--James R. Wyrsch, Esq. for William L. Overton, et al.; Landon H. Rowland, Esq. for Apco Oil Company. (ea) |
| 4/25/79 | | NOTICE OF HEARING APPEARANCE for hearing held 4/27/79 in St Louis, Mo. -- Donald B. Holbrook, Esq. for Northwest Energy. (ea) |
| 5/22/79 | | ORDER DENYING TRANSFER -- (A-1, A-2, A-3) -- pursuant to 28 U.S.C. §1407.  (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 382 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE NORTHWEST ENERGY COMPANY ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/27/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/22/79 | MO (Denied) | | | | |

Special Transferee Information

DATE CLOSED: 5/22/79

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 382 -- IN RE NORTHWEST ENERGY COMPANY ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William L. Overton, et al. v. Northwest Energy Company | D. Utah Anderson | C-78-0407 | | | | |
| A-2 | John Allinder, et al. v. Apco Oil Corporation, et al. | W.D.Mo. Collinson | 76 CV 167-W-2 | | | | |
| A-3 | William L. Overton, et al. v. Apco Oil Corporation, et al. | W.D. Mo. Collinson | 76 CV 181-W-2 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 382 -- In re Northwest Energy Antitrust Litigation

NORTHWEST ENERGY CORPORATION
Donald B. Holbrook, Esq.
Jones, Waldo, Holbrook & McDonough
800 Walker Bank Building
Salt Lake City, Utah   84111

APCO OIL CORP.
Landon H. Rowland, Esq.
Watson, Ess, Marshall & Enggas
1500 Home Savings Building
1006 Grand Avenue
Kansas City, Missouri   64106

WILLIAM L. OVERTON, ET AL. (A-1, A-3)
JOHN ALLINDER, ET AL. (A-2)
James R. Wyrsch, Esq.
Koenigsdorf, Kusnetzky & Wyrsch
1050 Home Savings Building
1006 Grand Avenue
Kansas City, Missouri   64106

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 382 -- IN RE NORTHWEST ENERGY ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Northwest Energy Co. | |
| Apco Oil Corp. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

JPML FORM 3