DOCKET NO. 382

MAY 22 1979

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NORTHWEST ENERGY COMPANY ANTITRUST LITIGATION

ORDER DENYING TRANSFER*

    This matter is before the Panel pursuant to a motion under 28 U.S.C. §1407 filed by plaintiffs in the three constituent actions listed on the attached Schedule A for transfer of the Utah action to the Western District of Missouri for coordinated or consolidated pretrial proceedings with the two actions pending there. On the basis of the papers submitted and the hearing held, the Panel finds that movants have failed to demonstrate at the present time that centralization of the Utah action and the Missouri actions in a single district under Section 1407 would serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED, without prejudice to the right of any party to move for transfer under Section 1407 at a later date if any party believes that future circumstances otherwise warrant transfer.

FOR THE PANEL:

Edwin A. Robson
Acting Chairman

*Judge Murray I. Gurfein took no part in the decision of this matter.

SCHEDULE A                                MDL-382

<u>William L. Overton, et al. v. Northwest Energy Co.</u>,
   D. Utah, C.A. No. C-78-0407
<u>John Allinder, et al. v. Apco Oil Corp., et al.</u>,
   W.D. Missouri, C.A. No. 76 CV 167-W-2
<u>William L. Overton, et al. v. Apco Oil Corp., et al.</u>,
   W.D. Missouri, C.A. No. 76 CV 181-W-2

SCHEDULE A                                MDL-382